RECEIVED
IN LAKE CHARLES, LA

AUG 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

RUSSELL DESHOTEL

(Defendant's Name)

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number:2:04-CR-20126-005

USM Number: 12485-035

Pamela Spees
_____
Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition(s) 1 of the term of supervision.

[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Has not complied with the rules and regulations with the City of Faith Halfway House by not being accounted for on the dates listed in the violation report. | 07/19/2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 8-11-06
BY: ___
TO: USM-LC-3
   USP-LC-3

August 10, 2006
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
_____
Name & Title of Judicial Officer

8/11/06
_____
Date

DEFENDANT:       RUSSELL DESHOTEL
CASE NUMBER:     2:04-CR-20126-005

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of____ ___30 days__ .   The defendant is to be given credit for time served and is to remain on supervised release.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m.   [] p.m.   on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL